Label Matrix for local noticing
0539-3
Case 17-32670-hdh13
Northern District of Texas
Dallas
Tue Jul 11 19:59:56 CDT 2017

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Armand Law Firm, PLLC
5646 Milton Street, Suite 120
Dallas Texas 75206-3929

Attorney General of Texas- Child Support
Bankruptcy Reporting Contact
OAG- CSD- Mail Code 38
P. O. Box 12017
Austin, TX 78711-2017

Bank of America
P.O. Box 619005
Dallas, Texas 75261-9005

Bank of America Mortgage
PO Box 5170
Simi Valley, CA 93062-5170

Bayview Loan Services, LLC
PO Box 1288
Buffalo, NY 14240-1288

Bayview Loan Servicing LLC
PO Box 1288
Buffalo, NY 14240-1288

Chase
P.O. Box 78420
Phoenix, AZ 85062-8420

Chase Card Services
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

Citibank Student Loan
PO Box 6191
Sioux Falls, SD 57117-6191

Citibank- Student Loans
P.O. Box 6615
The Lakes, NV 88901-6615

City of Dallas Appraisal
COLinebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201-2637

Dallas Co Community College Appraisal
COLinebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201-2637

Dallas County Appraisal
COLinebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201-2637

Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106-9184

Internal Revenue Service
IRS-SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242-1100

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Linebarger Goggan Blair et al
2323 Bryan  Ste 1600
Dallas, Texas 75201-2637

Parkland Hospital Appraisal
COLinebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201-2637

Richardson ISD Appraisal
CO Perdue, Brandon, Fielder, Etal
P.O. Box 13430
Arlington, TX 76094-0430

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

State Tex Student Loan
PO Box 12788
Austin, TX 78711-2788

TEXAS EMPLOYMENT COMMISSION
TEC BUILDING-BANKRUPTCY
101 E. 15TH STREET
AUSTIN, TX 78778-0001

Texas Alcoholic Beverage Comm
Licences and Permits Division
P.O. Box 13127
Austin, TX 78711-3127

Tom Powers
Standing Chapter 13 Trustee
125 E. John Carpenter Freeway
11th Floor, Suite 1100
Irving, TX 75062-2324

US Department of Education
PO Box 9002
Niagara Falls, NY 14302-9002

United States Attorney - NORTH
3rd Floor, 1100 Commerce St.
Dallas, TX 75242

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United States Trustee
Rm. 9C60 1100 Commerce St.
Dallas, TX 75242-9998

Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238-1542

Thomas Powers
125 E. John Carpenter Frwy., Suite 1100
Irving, TX 75062-2288

Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054-3264

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency
P.O. Box 21126
Philadelpia, PA 19114

State Comptroller
Revenue Accounting Div Bankrup
PO Box 13528
Austin, Tx 78111

End of Label Matrix
Mailable recipients      33
Bypassed recipients       0
Total                    33