Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERVIN FRANK LAYER | § | CASE NO. 17-32670-13 |
| Debtor | § | CHAPTER 13 |

## MOTION TO SHORTEN TIME
## RE: DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

TO THE HONORABLE JUDGE OF THIS COURT

ERVIN LAYER requests that notice be shortened on her Motion to Extend   Stay:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334.   This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtor filed her Motion to Extend Automatic Stay and Notice of Hearing on said motion on 7/11/17.

3. A hearing on the Motion to Extend Automatic Stay is set for 8/3/17 at 9:00 am

4. As of the date of filing, the hearing date chosen was the best available self-calendaring date that fell within thirty (30) days of case filing and provided the most time for notice to creditors, which was less than the standard twenty-four (24) days.

5. In order to ensure that the hearing is held before the expiration of the automatic stay the Debtor requests that the notice period for her Motion to Extend Automatic be shortened from the standard twenty-four (24) day notice period   with a hearing to be held on 8/3/17

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court to enter an Order Shortening Time regarding her pending Motion to Extend Automatic Stay, and for such other and further relief both at law and in equity to which the court may deem Debtor is justly entitled.

Dated: July 11, 2017

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Nicholas C. Inman
Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2017, a true and correct copy of the foregoing was served on all parties in interest below.

**DEBTOR(S)**
Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

**STANDING CHAPTER 13 TRUSTEE**
Tom Powers
Office of the Standing Ch. 13 Trustee
125 E. John Carpenter Freeway
11th Floor, Suite 1100
Irving, TX 75062

**U.S. TRUSTEE**
Rm. 960
1100 Commerce Street
Dallas, TX 75242

By: /s/Nicholas C. Inman
Nicholas C. Inman
ALLMAND LAW FIRM, P.L.L.C.