

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed July 13, 2017**

*Harlin DeWayne Hale*
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-32670-13 |
| | § | |
| ERVIN FRANK LAYER | § | Chapter 13 |
| Debtors | § | |

### ORDER GRANTING MOTION TO SHORTEN TIME

CAME ON BEFORE THE COURT Debtor's Motion to Shorten Time, and the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that Debtor's Motion to Extend Stay is set for hearing heard at 9:00 am on 8/3/17. The Motion will be heard in the Courtroom of the Honorable Harlin D. Hale, on the 14th Floor of the Earl Cabell Federal Building, located at 1100 Commerce Street, Dallas, Texas 75242. It is further

ORDERED that Debtors counsel shall confer with the Chapter 13 Trustee and all secured creditors and file separate certificate of conference.

### End of Order###