Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| **Ervin Frank Layer** | § § | CASE NO. 17-32670-13 |
| | § | CHAPTER 13 |
| **Debtor(s)** | § § | |

**CERTIFICATE OF CONFERENCE**

   I hererby certify that I conferred with Tara Tankersley regarding the Motion to Extend Stay and Motion to Shorten Notice. Ms. Tankersley confirmed that the Trustee takes no position on the Motion.

   I hereby certify that I conferred with Sherrell Knighton regarding the Motion to Extend Stay and Motion to Shorten Notice. Ms. Knighton confirmed that Dallas County is not opposed.

   I hereby certify that I conferred with Eboney Cobb regarding the Motion to Extend Stay and Motion to Shorten Notice. Ms. Cobb confirmed that Richardson ISD is not opposed.

   I hereby certify that I conferred with Fred Jones, counsel for Bayview Funding regarding the Motion to Extend Stay and Motion to Shorten Notice. As of time of filing, Mr. Jones was unable to confirm Bayview's intentions.

   I hereby certify that I conferred with Jonathan Williams, counsel for Bank of America regarding the Motions. As of time of filing Mr. Williams was unable to confirm BOA's intentions.

                                                                                           Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Nicholas C. Inman
Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)