UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: ERVIN FRANK LAYER. | § § § | CHAPTER 13<br>CASE NO. 17-32670-hdh13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H<br>Creditor | § § § § § § § § § § | |
| vs. | § § | |
| ERVIN FRANK LAYER, DEBTOR<br>and Thomas Powers, Trustee<br>Respondents | § § § | |

## OBJECTION TO CHAPTER 13 PLAN

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H, ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #2] and states as follows:

1) Creditor holds a lien on the following property: 9814 Faircrest Drive Dallas, Texas 75238 (Loan No.3349) (the "Subject Property").

2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of $53,557.34, a secured arrearage in the amount of $7,261.85, and an ongoing post-petition payment of $522.49.

ALAW FILE NO. 17-017015

3) The Plan proposes to make a regular payment of $509.73; and pay pre-petition arrearages in the proposed amount of $2,000.00, and post-petition arrears in the proposed amount of $1,019.46.

4) The Proof of Claim ("POC") Bar Date is set for **November 15th, 2017**.

5) As such, the Creditor respectfully requests that the Court not confirm any plan prior to the POC bar date; *or* until the Debtor files a plan that fully conforms to a timely filed POC by the Creditor.

6) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.

7) Creditor reserves the right to amend and/or supplement this *Objection*.

WHEREFORE, **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

### CERTIFICATE OF ELIGIBILITY

I HEREBY BY CERTIFY that I am a licensed attorney by the highest court of the State of Florida, and admitted (and in good standing) to practice in the Northern District of Texas.

/s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW FILE NO. 17-017015

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of August, 2017, I served a copy of the foregoing on the parties listed below.

**SERVICE LIST**

Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054

Thomas Powers
125 E. John Carpenter Frwy., Suite 1100
Irving, TX 75062-2288

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

/s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW FILE NO. 17-017015