**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: CASE NO: 17-32670-HDH-13
ERVIN FRANK LAYER
        DEBTOR

### REPORT OF (ADJOURNED) SECTION 341 MEETING

| General Case Information | |
|---|---|
| Case Information: | **Hearing Information:**      **Payment Information:** <br> 341 Meeting Date: Aug 17, 2017    Plan Base Amount: $135,726.00 <br> Days from Petition: 42 days    Plan Term: 60 months <br> Original 341 scheduled: Aug 17, 2017    Current Monthly Payment: $2,191.00 <br> Confirmation Hearing set: Sep 28, 2017    First Payment Due: Aug 06, 2017 <br> No Show/ID NOI Sent:    Amount Paid to Trustee: $2,191.00 <br> NOI for 1st Pymt Sent: |
| Meeting Information: | Debtor(s) Appeared? Dr 1 [x] Yes [ ] No   Dr 2 [ ] Yes [ ] No <br> Debtor(s) [x] Attorney / [ ] Paralegal Appeared? [ ] Yes [ ] No [ ] Pro Se <br> Creditor Appeared? [ ] Yes [x] No <br> Name:      Representing: <br> Is this a Business Case? [ ] Yes Level: [ ] No <br> ID Checked: [x] Dr 1 [ ] Dr 2 <br> SSN Checked: [x] Dr 1 [ ] Dr 2 <br> Returned Tax Returns to Debtor: [ ] |
| Hearing Status: | 341 Meeting Concluded: [x] Yes [ ] No <br> Adjourn to: to be heard by: <br> Reason for adjournment: <br> Debtor was asked the standard questions: [x] Yes [ ] No |
| Notice of Intent to Dismiss Information: | [ ] Failure to Appear: [ ] Dr 1 [ ] Dr 2    [ ] Photo ID: [ ] Dr 1 [ ] Dr 2 <br> [ ] Wage Directive Info: [ ] Dr 1 [ ] Dr 2    [ ] SSN Card: [ ] Dr 1 [ ] Dr 2 <br> [ ] Tax Returns: [ ] Dr 1 [ ] Dr 2    [ ] Paystubs: [ ] Dr 1 [ ] Dr 2 <br> DSO Information: <br> Other: |
| Legal Action Needed: | Trustee's Motion to Transfer Venue Needed: <br> Trustee's Objection to Exemptions needed for: unknown amount of mort fraud claim <br> [ ] Other: (Comments Below) <br><br> [x] Yes [ ] No   Debtor confirmed that all the information contained on the Petition, Schedules, Statement of Finanacial Affairs, and CMI form was true and correct and needed no changes or additions to make them true and complete. |
| **Confirmation Issues** | |
| Best Interest: | Exemptions: [ ] Federal [x] State - Texas [ ] State - Other: |

| | |
|---|---|
| | Exceeds $160,375.00  [x] Yes  [ ] No  [ ] n/a<br>Value (equity) of non-exempt property (provide detail below): $4421.86<br>accounts rec<br>Total Value of Assets listed as Exempt on Schedule C:  $307,773.20<br>Improper Exemption:  [ ] Yes  [ ] No   Explain:<br>Fraudulent Transfer:  [ ] Yes  [ ] No   Explain:<br>[x] Objection to Confirmation needed for the following reason:<br>2012 tahoe is really 2002; both paid off<br>unknown amount amount for mort fraud against Bayview and Citi--thad was hired in prior case, no adversary filed<br>need tobj best interest/account recievable were not listed on schedules or exempted |
| Disposable Income: | **Below Median Income**<br>Debtor's Projected Monthly Disposable Income: $2291  x  ACP: 36 = $82,476<br>Comment:<br>**Above Median Income**<br>Debtor's Monthly Disposable Income: $  x  ACP: 60 = Unsecured Creditor Pool:  $<br>Line     Notes:<br>Line     Notes:<br>Line     Notes:<br>Line     Notes:<br>Line     Notes:<br>[x] Objection to Confirmation needed for the following reason:<br>**SECTION D1 (BAYVIEW)-DATE ARR THROUGH SHOULD BE 7/1; SECTION D1 (THE 2ND BAYVIEW LISTED) IS IN WRONG SECTION SHOULD BE IN SECTION D3 & AMOUNT DO NOT MATCH S/B $2576.00; SECTION D2 (BAYVIEW) PAYMENT AMOUNT & APD AMOUNTS DO NOT MATCH.  *** |
| Feasibility | [ ] Yes  [ ] No   Explain:<br>[ ] Objection to Confirmation needed for the following reason:<br>pp $2270<br> 2 adults/2 children<br>was working under prior case/now getting new cases/office sharing, no rent expense at this time/first rent, share space but no rent<br>pet exp double dipped $215; but food low |
| Good Faith:<br>(Petition & Plan) | [ ] Yes  [ ] No   Explain:<br>[ ] Objection to Confirmation needed for the following reason: |
| Domestic Support Obligation (DSO): | Is Debtor current on Post Petition DSO?  [ ] Yes  [ ] No  [x] N/A<br>Comment:<br>[ ] Objection to Confirmation needed for the following reason: |
| Tax Returns: | Filed previous 4 years: [x] Yes  [ ] No   Specify:<br>Number of Exemptions on last year:              Notes:<br>Number in Household per CMI:                     Notes:<br>[ ] Objection to Confirmation needed for the following reason: |
| Business Case: | [x] Self-Employed    Type of Business:  family lawyer<br>[ ] Incurs Trade Debt  [ ] Liquor License  [ ] Employees  [ ] Over $15,000 per mo.<br>[ ] Refer to Business Case Analyst |

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 3**
**Case # 17-32670-HDH-13**
**ERVIN FRANK LAYER**

| | |
|---|---|
| Civil Enforcement: | ☐ Petition Preparer was involved  ☐ Debtor attorney fees exceed "Standard fee"<br>Comment:<br>☐ Objection to Confirmation needed for the following reason: |
| 521(a)(1) Information has been filed: | [x] List of Creditors         [x] Statement of Financial Affairs<br>[x] CMI Statement              [x] 342(b) Certificate by Dr Atty<br>[x] Schedules A,B,C,D,E,F,G and H   [x] Dr 1 60 Days Payment Advices<br>[x] Schedules I and J          ☐ Dr 2 60 Days Payment Advices |
| Eligibility: | Certificate of Credit Counseling within 180 days on file   [x] Yes ☐ No<br>Provider of Credit Counseling is approved                   [x] Yes ☐ No<br>Debt limits exceed maximum (S-$1,184,200 U-$394,725)      ☐ Yes [x] No |
| Required for Confirmation | Documents Required for Confirmation:  need amended plan; see above /best interest/2015 and 2016 tax returns not in system<br>Other Possible reasons for Objection to Confirmation:<br>☐ Does not pay priority claims in plan              Note:<br>☐ Discriminates between creditors of the same class  Note:<br>☐ Additional plan provisions **(Section M)**         Note: |
| Presiding Officer Notes: | behind on first and second lien?<br>student loans? he got out of law school in 2014; almost all debt is student loan debt; he testified some of them are duplicate; (Not $200k) |
| Presiding Officer Information: | The 341 meeting was heard on:  8/17/2017     By: /s/  Tara Tankersley<br>                                                Office of the Standing Chapter 13 Trustee |