

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 28, 2017**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERVIN FRANK LAYER | § | Case No. 17-32670-13 |
| | § | |
| Debtor | § | Chapter 13 |

### ORDER GRANTING EXTENSION OF AUTOMATIC STAY

CAME ON BEFORE THE COURT Debtor's Motion, and the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that the stay be continued under 11 U.S.C. §362(a), as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d) .

###END OF ORDER ###