**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: ERVIN FRANK LAYER.** § | |
| § | |
| § | **CHAPTER 13** |
| § | **CASE NO. 17-32670-hdh13** |
| **THE BANK OF NEW YORK MELLON** § | |
| **FKA THE BANK OF NEW YORK, AS** § | |
| **SUCCESSOR TRUSTEE TO JPMORGAN** § | |
| **CHASE BANK, N.A., AS TRUSTEE ON** § | |
| **BEHALF OF THE CERTIFICATEHOLDERS** § | |
| **OF THE CWHEQ INC., CWHEQ REVOLVING** § | |
| **HOME EQUITY LOAN TRUST, SERIES 2006-H** § | |
| **Creditor** § | |
| § | |
| **vs.** § | |
| § | |
| **ERVIN FRANK LAYER, DEBTOR** § | |
| **and Thomas Powers, Trustee** § | |
| **Respondents** § | |

**NOTICE OF WITHDRAWAL OBJECTION TO CHAPTER 13 PLAN**

Comes now, **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H,** by and through its undersigned counsel and withdraws its Objection to Chapter 13 Plan [DE 18] filed on August 11, 2017.

      /s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2017, I served a copy of the foregoing upon:

## SERVICE LIST

Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054

Thomas Powers
125 E. John Carpenter Frwy., Suite 1100
Irving, TX 75062-2288
United States Trustee

1100 Commerce Street
Room 976
Dallas, TX 75242

/s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com