**Office of the Standing Chapter 13 Trustee**
**125 E John Carpenter Freeway**
**Suite 1100 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  
**ERVIN FRANK LAYER**  
               Debtor

Case No:  17-32670-HDH-13

Hearing Date:  11/30/2017

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on **11/30/2017** at 125 E John Carpenter Freeway, Suite 1100 11th Floor, Irving, TX  75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | **ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX  75238** |
| **Attorney:** | **ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054** |
| **Court:** | **CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242** |
| **Trustee:** | **TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062** |

By: /s/ Thomas D. Powers  
Thomas D. Powers, Chapter 13 Trustee  
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 17-32670-HDH-13**
**ERVIN FRANK LAYER**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX 75238 |
| Attorney: | ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054** |
| Creditors: | ATTORNEY GENERAL OF TEXAS, OAG CSD MAIL CODE 38, PO BOX 12017, AUSTIN, TX 78711-2017** |
| | BANK OF AMERICA, PO BOX 619005, DALLAS, TX 75261-9005 |
| | BAYVIEW LOAN SERVICING LLC, M & T BANK, PO BOX 1288, BUFFALO, NY 14240-1288 |
| | BAYVIEW LOAN SERVICING LLC, M & T BANK, PO BOX 840, BUFFALO, NY 14240-0840 |
| | CHASE, PO BOX 78420, PHOENIX, AZ 85062 |
| | CHASE, PO BOX 94014, PALATINE, IL 60094 |
| | CITIBANK - STUDENT LOANS, PO BOX 6615, THE LAKES, NV 88901 |
| | CITIBANK STU, ATTN: BANKRUPTCY, PO BOX 6191, SIOUX FALLS, SD 57117 |
| | CITY OF DALLAS APPRAISAL, CO LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | COURY JACOCKS, 2201 W ROYAL LANE SUITE 155, IRVING, TX 75063** |
| | DALLAS CO COMMUNITY COLLEGE APPRAISAL, CO LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | FEDERAL LOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106 |
| | INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317** |
| | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346** |
| | LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-5207** |
| | PARKLAND HOSPITAL APPRAISAL, CO LINEBARGER GOGGAN ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207 |
| | PERDUE BRANDON ET AL, 500 E BORDER STREET SUITE 640, ARLINGTON, TX 76010** |
| | RICHARDSON ISD, PERDUE BRANDON FIELDER ET AL, 500 E BORDER ST, STE 640, ARLINGTON, TX 76010** |
| | SALLIE MAE, ATTN: CLAIMS DEPARTMENT, PO BOX 9500, WILKES-BARRE, PA 18773 |
| | STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX 78711** |
| | STATE OF TX STUDENT LOAN, PO BOX 12788, AUSTIN, TX 78711 |
| | TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711-3127** |
| | TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 E 15TH STREET, AUSTIN, TX 78778** |
| | THE BANK OF NEW YORK MELLON, BANK OF AMERICA NA, PO BOX 660933, DALLAS, TX 75266-0933 |
| | THE BANK OF NEW YORK MELLON, BANK OF AMERICA, PO BOX 31785, TAMPA, FL 33631-3785 |
| | THECB, TGSLC, PO BOX 659602, SAN ANTONIO, TX 78265 |
| | THECB, TGSLC, PO BOX 83100, ROUND ROCK, TX 78683 |
| | US ATTORNEY, 1100 COMMERCE ST STE 16G28, DALLAS, TX 75242 |
| | US DEPARTMENT OF EDUCATION, PO BOX 9002, NIAGARA FALLS, NY 14302 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 10/04/2017

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700