

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 6, 2017

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                                    Case No. 17-32670-HDH-13
ERVIN FRANK LAYER
        Debtor

**Order Denying Confirmation**

On September 28, 2017 , came on for consideration the Confirmation of the plan filed July 07, 2017 by the Debtor.

The Court finds that good cause exists for the entry of this Order;  it is therefore

**ORDERED THAT** Confirmation is hereby denied.

Order Denying Confirmation, Page 2
17-32670-HDH-13
ERVIN FRANK LAYER

**### End of Order ###**

Signed:       /s/ Thomas D. Powers
              Thomas D. Powers, Trustee
              State Bar # 16218700

Office of the Standing Chapter 13 Trustee
125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0756  (Fax)