Office of the Standing Chapter 13 Trustee
125 E John Carpenter Freeway
Suite 1100 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                                          CASE NO:  17-32670-HDH-13
ERVIN FRANK LAYER
        DEBTOR

**TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION**

Now comes the Standing Chapter 13 Trustee herein and filed this "Objection to Confirmation" of the Plan filed herein by Debtor, and would respectfully show the Court as follows:

The Debtor(s) will not be able to make all payments under the Plan and comply with the Plan, (i.e., it is not "feasible") per 11 U.S.C. Section 1325(a)(6), because:  the trustee requests updated P&L's on debtor's business (including any expenses for the business).

Debtor(s) has/have not filed all applicable Federal, State, and local tax returns as required by U.S.C. Section 1308. The debtor has not provided the 2015 and 2016 tax returns to the Trustee.

The plan does not meet the best interest of creditors test under section 1325(a)(4).  Debtor testified he had approximately $4421 in accounts receivable, or non-exempt property, on the date of filing his petition for Chapter 13. The trustee requests that unsecured creditors receive at least $4421 through the Chapter 13 Plan.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                       Respectfully submitted,
                                                       THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                       By: /s/ Tara Tankersley

**Trustee's Amended Objection To Confirmation, Page 2**
**Case # 17-32670-HDH-13**
**ERVIN FRANK LAYER**

    Tara Tankersley
    State Bar No. 19636900
    Attorney For Tom Powers
    125 E John Carpenter Freeway
    Suite 1100 11th Floor
    Irving, TX  75062
    (214) 855-9200
    Fax: (214) 965-0758

CASE NO. 17-32670-HDH-13
ERVIN FRANK LAYER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Amended Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service.

Debtor: ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX 75238

Attorney: ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054**

Creditor(s): COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207**

Creditor(s): COURY JACOCKS, 2201 W ROYAL LANE SUITE 155, IRVING, TX 75063**

Creditor(s): PERDUE BRANDON ET AL, 500 E BORDER STREET SUITE 640, ARLINGTON, TX 76010**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: November 02, 2017                     By: /s/ Tara Tankersley