

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 27, 2017**

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-32670-13 |
| | § | |
| ERVIN FRANK LAYER | § | |
| | § | |
| | § | |
| Debtors | § | Chapter 13 |

### ORDER GRANTING OBJECTION TO CLAIM OF LVNV FUNDING, LLC PROOF OF CLAIM NO. 6

On this day, Debtors' Objection to Claim to Claim #6 filed by LVNV Funding, LLC came on for consideration. After due notice and opportunity for hearing, and the Court finds the objection should be sustained.

It is, therefore, ordered that the Debtor's Objection to the Claim of LVNV Funding, LLC be and hearby is SUSTAINED; and the claim filed by LVNV Funding, LLC be, and hearby is disallowed.

***END OF ORDER***