IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  Case No: 17-32670-HDH-13
ERVIN FRANK LAYER
　　　Debtor

## NOTICE OF ADDRESS CHANGE

TO:   ALL PARTIES IN INTEREST

**Effective Monday March 26, 2018,** the legal and Operations office of Thomas D. Powers, Standing Chapter 13 Trustee, will relocate to:

**Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150
Irving, TX 75062**

The Meeting of Creditors (Section 341 Meeting and Pre-Hearing Conferences) will be held at:

**Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 120 (1st Floor)
Irving, TX 75062**

Payments to the Trustee will continue to be processed at the following PO BOX:

**Office of the Standing Chapter 13 Trustee
PO BOX 1958
MEMPHIS, TN 38101-1958**

| | |
|---|---|
| **Debtor:** | ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX  75238 |
| **Attorney:** | ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| **Trustee:** | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
―――――――――――――――――
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700