OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                          CASE NO:  17-32670-HDH-13

ERVIN FRANK LAYER                                                                JUDGE HARLIN D. HALE

        DEBTOR

**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND
CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE**

TO THE DEBTOR AND DEBTOR'S ATTORNEY:

The Trustee's office has received a Notice of Mortgage Payment Change dated April 03, 2018.  The mortgage payment for Trustee's claim # 30 - THE BANK OF NEW YORK MELLON , Court Claim No. 5 has been changed to $546.34 per mo[nth]. These payments will begin April 25 , 2018.

Debtor's plan base and payments are adjusted as follows:

The adjusted plan base is $151,791.00;  and

The adjusted plan payments are $2,585.00 per month for the remaining 51 months ,

beginning on May 06, 2018.

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

Case No: 17-32670-HDH-13
Debtor Name: ERVIN FRANK LAYER
**NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND**
**CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE**, Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF TRUSTEE'S MORTGAGE PAYMENT CHANGE AND CHANGE TO DEBTOR'S PLAN BASE AND PAYMENT TO THE TRUSTEE has been served on the Debtor and Debtor's Counsel by United States First Class Mail or by electronic service .

Debtor:   ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX  75238
Attorney:   ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

/s/ Thomas D. Powers
_____
Thomas D. Powers