**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No:  17-32670-HDH-13 |
| **ERVIN FRANK LAYER** | |
| Debtor | Pre-Hearing Date:  June 25, 2018 |

### Notice of Pre-Hearing Conference and Hearing on
### "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)"

TO:   ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at **8:30 a.m.** on **June 25, 2018** at 105 DECKER COURT, SUITE 120, 1ST FLOOR, IRVING, TX 75062.

Any objection to the TRCC not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

Pursuant to General Order 2017-01, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 05/18/2018.

| | |
|---|---|
| Debtor: | ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX  75238 |
| Attorney: | ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
_____

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct, Suite 1150 11th Floor, Irving, TX  75062

Case # 17-32670-HDH-13  Page 2
ERVIN FRANK LAYER
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: Ervin Frank Layer, 9814 Faircrest Drive, Dallas, Tx  75238
Attorney: Allmand Law Firm Pc, 860 Airport Freeway Suite 401, Hurst, Tx  76054**
Creditor(s): Attorney General Of Texas, Oag Csd Mail Code 38, Po Box 12017, Austin, Tx  78711-2017**
Bank Of America, Po Box 619005, Dallas, Tx  75261-9005
Bayview Loan Servicing Llc, M & T Bank, Po Box 1288, Buffalo, Ny  14240-1288
Bayview Loan Servicing Llc, M & T Bank, Po Box 840, Buffalo, Ny  14240-0840
Chase, Po Box 78420, Phoenix, Az  85062
Chase, Po Box 94014, Palatine, Il  60094
Citibank - Student Loans, Po Box 6615, The Lakes, Nv  88901
Citibank Stu, Attn: Bankruptcy, Po Box 6191, Sioux Falls, Sd  57117
City Of Dallas Appraisal, Co Linebarger Goggan Blair & Sampson Llp, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207**
County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207**
Coury Jacocks, 2201 W Royal Lane Suite 155, Irving, Tx  75063**
Dallas Co Community College Appraisal, Co Linebarger Goggan Blair & Sampson Llp, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207**
Ecmc, Lock Box No 8682, Po Box 16478, St Paul, Mn  55116-0478**
Ecmc, Po Box 16408, St Paul, Mn  55116**
Federal Loan Servicing, Po Box 69184, Harrisburg, Pa  17106
Internal Revenue Service, Po Box 7317, Philadelphia, Pa  19101-7317**
Internal Revenue Service, Po Box 7346, Philadelphia, Pa  19101-7346**
Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207-5207**
Lvnv Funding Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc  29603
Parkland Hospital Appraisal, Co Linebarger Goggan Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207
Richardson Isd, Perdue Brandon Fielder Et Al, 500 E Border St, Ste 640, Arlington, Tx  76010**
Sallie Mae, Attn: Claims Department, Po Box 9500, Wilkes-Barre, Pa  18773
State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx  78711**
State Of Tx Student Loan, Po Box 12788, Austin, Tx  78711
Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx  78711-3127**
Texas Employment Commission, Tec Building Bankruptcy, 101 E 15Th Street, Austin, Tx  78778**
The Bank Of New York Mellon, Bank Of America Na, Po Box 660933, Dallas, Tx  75266-0933
The Bank Of New York Mellon, Bank Of America, Po Box 31785, Tampa, Fl  33631-3785
Thecb, Tgslc, Po Box 659602, San Antonio, Tx  78265
Thecb, Tgslc, Po Box 83100, Round Rock, Tx  78683
Us Attorney, 1100 Commerce St Ste 16G28, Dallas, Tx  75242
Us Department Of Education, Co Fedloan Servicing, Po Box 69184, Harrisburg, Pa  17106-9184
Us Department Of Education, Fedloan Servicing, Po Box 530210, Atlanta, Ga  30353-0210
Us Department Of Education, National Payment Center, Po Box 105028, Atlanta, Ga  30348-5028
Us Department Of Education, Po Box 16448, St Paul, Mn  55116-0448

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 04/18/2018  By: /s/ Thomas D. Powers
Thomas D. Powers

Case 17-32670-hdh13 Doc 53 Filed 04/18/18    Entered 04/18/18 08:24:02    Page 3 of 5

Case # 17-32670-HDH-13                                                                                           Page 3
ERVIN FRANK LAYER
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                                                         Case No: 17-32670-HDH-13
ERVIN FRANK LAYER
        Debtor                                                            Hearing Date: June 25, 2018

## Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Fed. R. Bankr. P. 3002(a). The "bar date" for filing claims pursuant to Fed. R. Bankr. P. Rule 3002(c) has passed. Therefore, the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| 3 | BANK OF AMERICA | Unsecured | $5,016.00 |
| 5 | CHASE | Unsecured | $20,000.00 |
| 6 | CHASE | Unsecured | $19,000.00 |
| 7 | CITIBANK STU | Unsecured | $29,000.00 |
| 18 | SALLIE MAE | Unsecured | $22,426.00 |

**II.**

### SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1<br>Pacer # | Column 2<br>Creditor Name | Column 3<br>Claim Amount | Column 4<br>Allow/Disallow | Column 5<br>Amount | Column 6<br>Class | Column 7<br>Reason (See Below) | Column 8<br>T'ee # |
|---|---|---|---|---|---|---|---|
| *** NONE *** | | | | | | | |

**CODE: "REASON(S)" FOR CLAIM OBJECTION**

*** NONE ***

Case # 17-32670-HDH-13  Page 4
ERVIN FRANK LAYER
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| 1 | BAYVIEW LOAN SERVICING LLC | 2ND LN/HOME/GAP ARREARS | $2,662.84 | 0.00 | Trustee |
| 4 | THE BANK OF NEW YORK MELLON | 1ST LN/HOME/ARREARS | $7,261.85 | 0.00 | Trustee |
| 30 | THE BANK OF NEW YORK MELLON | 1ST LN/HOME/CURRENT | $53,557.34 | N/A | Trustee |
| 31 | THE BANK OF NEW YORK MELLON | 1ST LN/HOME/GAP ARREARS | $1,044.98 | 0.00 | Trustee |
| 32 | BAYVIEW LOAN SERVICING LLC | 2ND LN/HOME/ARREARS | $7,417.66 | 0.00 | Trustee |
| 33 | BAYVIEW LOAN SERVICING LLC | 2ND LN/HOME/CURRENT | $107,468.12 | N/A | Trustee |
| 46 | THE BANK OF NEW YORK MELLON | FEES, EXPENSES AND CHARGES | $675.00 | 0.00 | Trustee |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| 11 | COUNTY OF DALLAS | REAL PROPERTY | $3,327.10 | Direct by Debtor |
| 34 | RICHARDSON ISD | REAL PROPERTY | $3,237.93 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 12 | US DEPARTMENT OF EDUCATION | STUDENT LOAN | $83,263.17 |
| 24 | US DEPARTMENT OF EDUCATION | STUDENT LOAN | $30,731.17 |
| 27 | THECB | STUDENT LOAN | $61,139.34 |
| 41 | LVNV FUNDING LLC | DISALLOWED/HSCBC | $1,147.53 |
| 44 | ECMC | STUDENT LOAN | $25,229.59 |

Case 17-32670-hdh13 Doc 53 Filed 04/18/18 Entered 04/18/18 08:24:02 Page 5 of 5

Case # 17-32670-HDH-13 Page 5
ERVIN FRANK LAYER
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

## IV.

## PLAN MODIFICATION, subject to feasibility

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01, the Trustee requests the following Modification of the Debtor's Confirmed Plan, subject to feasibility, herein:

- Change monthly payment amount from $2,270.00 per month to $2,585.00 x 4; $2,617.00 x 47. This payment change will begin with the payment due on 05/06/2018; and

- The above change(s) will result in a new "BASE AMOUNT" of $153,295.00 (total due to Trustee under Plan, if all payments timely made).

### Reason for Modification

The modification is requested for the following reason(s):

- To cure an insufficient plan.

- Plan must meet the Minimum Base amount of $113,076.00 and allowed unsecured claims will receive a pro-rata portion of $4,421.86 from the total amount of Non-Exempt Property.

- To provide for the following claim(s) (See Section III for claim treatment): Bank of New York Mellon - FEES EXPENSES CHARGES

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200 / (214) 965-0757 (Fax)