Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                              CASE NO:  17-32670-HDH-13
**ERVIN FRANK LAYER**
        **DEBTOR**

**TRUSTEE'S 17 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2017-01**

Notice is hereby given to the above named Debtor and Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for dismissal for the following reasons:

1. The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in the Debtor's Preliminary Plan, or the Order Confirming Plan or the Order Modifying Plan as required by paragraph 3 (e) of General Order 2017-01.

2. The exact dollar amount due to completely bring all payments current as of the 17th day after the date of this Notice is $6,417.00 (MAIL PAYMENTS TO THOMAS D POWERS, STANDING CHAPTER 13 TRUSTEE, PO BOX 1958, MEMPHIS, TN  38101-1958.)

3. Due date is 01/24/2019.  Payments must be received by 4:00 p.m.

4. If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtor/Debtor's Attorney must meet with a representative of the Trustee on:

         01/24/2019 between 8:00 a.m. and 10:00 a.m.

   at 105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062 to sign an Interlocutory Order acceptable to the Trustee.

   IF YOU ELECT TO SIGN AN INTERLOCUTORY ORDER, YOU WILL BE REQUIRED TO SIGN A WAGE ORDER.  YOU MUST BRING A COPY OF YOUR LAST PAYSTUB.

FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER AND WAGE ORDER PRIOR TO THE DUE DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.

**Notice of Intent to Certify Case for Dismissal, Page 2**
**Case # 17-32670-HDH-13**
**ERVIN FRANK LAYER**

IF YOU ARE CURRENTLY ON A WAGE DIRECTIVE, AND THOUGHT YOUR PAYMENTS WERE CURRENT, YOU SHOULD CONTACT YOUR EMPLOYER IMMEDIATELY BECAUSE OUR RECORDS INDICATE YOU ARE DELINQUENT AND YOUR CASE IS SUBJECT TO DISMISSAL.

**FAILURE TO RESPOND TO THIS NOTICE WILL RESULT IN DISMISSAL OF YOUR CASE**.

    Respectfully submitted,

    Standing Chapter 13 Trustee

    /s/ Thomas D. Powers
    State Bar No. 16218700
    105 Decker Ct
    Suite 1150 11th Floor
    Irving, TX  75062
    (214) 855-9200

**Notice of Intent to Certify Case for Dismissal, Page 3**
**Case # 17-32670-HDH-13**
**ERVIN FRANK LAYER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Intent to Certify Chapter 13 Case for Dismissal** was served on the following parties at the addresses listed below by United States First Class Mail or by electronic service.

Debtor: ERVIN FRANK LAYER, 9814 FAIRCREST DRIVE, DALLAS, TX  75238

Attorney: ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054**

Creditor(s): CODILIS AND STAWIARSKI, 400 N SAM HOUSTON PKWY EAST, STE 900A, HOUSTON, TX  77060

COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207**

COURY JACOCKS, 2201 W ROYAL LANE SUITE 155, IRVING, TX  75063**

RICHARDSON ISD, PERDUE BRANDON FIELDER ET AL, 500 E BORDER ST, STE 640, ARLINGTON, TX 76010**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: January 07, 2019         By: /s/ Thomas D. Powers
                                    Thomas D. Powers