Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO.  17-32670-HDH-13** |
| **Ervin Frank Layer** | § | |
| | § | **CHAPTER 13** |
| | § | |
| **Debtor(s)** | § | |

**DEBTOR'S RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO DISMISS
DEBTOR'S CHAPTER 13 CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Ervin Frank Layer,** (hereinafter "Debtor") in the above-styled and numbered cause and in response to the Standing Chapter 13 Trustee's Notice of Intent To Dismiss Chapter 13 Case would respectfully show the Court, as follows:

1.  Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 7/7/2017.

2.  Debtor have suffered a financial setback which has caused him/her/them to fall delinquent on their Chapter 13 Plan payments.  Debtor will a modification request to the Chapter 13 Trustee to cure the delinquency.

3.  The above referenced delinquency will be resolved prior to the scheduled hearing date for Debtor Response to the Notice of Intent to Certify Chapter 13 Case for Dismissal.

WHEREFORE, PREMISES CONSIDERED, Respondent prays that the Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal be denied and for such other and further relief in law and equity as the Court deems just and proper.

Dated: January 25, 2019

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Nicholas C. Inman
Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2019, a true and correct copy of the foregoing Response to Trustee's Notice of Intent to Dismiss Chapter 13 Case was served on the following parties in interest by electronic notification or first class mail:

**STANDING CHAPTER 13 TRUSTEE**
Thomas Powers
105 Decker Court, Ste 1150
Irving, Texas 75062

**U.S. TRUSTEE**
William T. Neary
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**
Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

By: /s/ Nicholas C. Inman
Nicholas C. Inman