

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 6, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. **17-32670-HDH** |
| | § | |
| **ERVIN FRANK LAYER** | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | JUDGE HARLIN D. HALE |

### AGREED ORDER GRANTING
### AGREED MOTION TO AMEND ORDER ON TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION

The Court having considered the Agreed Motion to Amend Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification, finds the same is well taken and hereby finds that cause exists for granting the Motion.

**IT IS THEREFORE ORDERED** that the Agreed Motion to Amend Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that all claims shown in Section III of the TRCC (Recommendations) are hereby ALLOWED as shown therein, except as follows:

| Creditor Name | Collateral Description | Claimed Amount | Collateral Value | Interest Rate | Treatment |
|---|---|---|---|---|---|
| Bayview Loan Servicing CM-Pre Petition Arrears | 2nd Lien/Home/Arrears | $4,754.82 | $388,841.00 | N/A | Pro Rata * |

**Additional Agreements:** *To show the Pre-Petition arrearage was reduced by 2 gap payments for August and September 2017.

**IT IS FURTHER ORDERED** that the Plan Modification shown in Section IV of the TRCC is **APPROVED** except as follows:   Payments changed to: Total due under the Plan as of 01/06/19 is $45,855.00; payments to resume 02/06/19

$2,961.00 x 42
New Plan Base is $170,217.00

### End of Order ###

REVIEWED AND APPROVED:

/s/ Tara Tankersley
Tara Tankersley
Attorney for Standing Chapter 13 Trustee
State Bar No. 19636900
105 Decker Court, Suite 1150
Irving, Texas 75062
(214) 855-9200
(214) 965-0758 Fax


/s/ Jim Morrison
Jim Morrison
Attorney for Debtor
State Bar No. 14519050
Allmand Law Firm PC
860 Airport Freeway, Suite 401

Hurst, Texas 76054
(214) 265 0123, Ext 215
(214) 265 1979 Fax


/s/ Carron E. Nicks
Carron E. Nicks
Attorney for Creditor
State Bar No. 01311905
Codilis & Stawiarski P.C.
400 N. Sam Houston Parkway East, Suite 900A
Houston, Texas 77060
(281) 925 5200
(281) 925 5300 Fax