**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ERVIN FRANK LAYER |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN District of Texas (State) |
| Case number | 17-32670-hdh13 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bayview Loan Servicing, LLC

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: xxxxxx0689

**Date of payment change:**
Must be at least 21 days after date of this notice.    May 1, 2019

**New total payment:**    $1,771.85
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

   Current escrow payment:  $866.30       New escrow payment:  $937.78

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:_____

   Current interest rate _____ %       New interest rate: _____ %

   Current principal and interest payment: _____       New principal and interest payment: _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: _____       New mortgage payment: _____

| | | |
|---|---|---|
| Debtor 1 | ERVIN FRANK LAYER | Case number (if known) 17-32670-hdh13 |
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ❏ I am the creditor.
- ❏ I am the creditor's attorney.
- ☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x _____/s/_____  
Signature

Date 4/3/19

Print   Heather Castiglione  
First Name   Middle Name   Last Name

Title   Affiant

Company   Bayview Loan Servicing, LLC

Address   4425 Ponce De Leon Blvd., 4th Floor  
Number   Street

Coral Gables, Florida   33146-1837  
City   State   ZIP Code

Contact phone   855-813-6597

Email   _____

## CERTIFICATE OF SERVICE

I hereby certify that on 4/4/19 a true and correct copy of the Notice of Mortgage Payment Change and Escrow Analysis shall be served via electronic means, if available, otherwise by regular, first class mail on 4/5/19 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

ERVIN FRANK LAYER
9814 FAIRCREST DRIVE
DALLAS, TX 75238
**DEBTOR**

WELDON REED ALLMAND
860 AIRPORT FREEWAY, SUITE 401
HURST, TX 76054
**ATTORNEY FOR DEBTOR**

THOMAS POWERS
105 DECKER CT SUITE 1150
IRVING, TX 75062
**CHAPTER 13 TRUSTEE**

*Codilis & Stawiarski, P.C.*

/s/ Carron E. Nicks
Annarose Harding SBOT#24071438
Carron E. Nicks SBOT#01311905
Cristina Platon Camarata SBOT#16061560
Harriet Langston Wagner SBOT#11924400
Lisa Cockrell SBOT#24036379
Nicole Bartee SBOT#24007674
Sarah S. Cox SBOT#24043439
**ATTORNEYS FOR SECURED CREDITOR**



**BAYVIEW** LOAN SERVICING
P.O. Box 331409
Miami FL 33233-1409

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
Redacted

ESCROW ANALYSIS DATE: 03/14/2019

Ervin F Layer
C/O Weldon Reed Allmand
Allmand Law Firm, Pllc
Ste 401
860 Airport Freeway

Redacted



| ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|
| COUNTY TAX | $3,649.61 |
| TAXES | $3,974.48 |
| HAZARD INS | $2,491.00 |
| Total | $10,115.09 |
| | $10,115.09 / 12 months = |
| Escrow Payment Calculation | $842.92 |

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $834.07 |
| Required Escrow Payment | $842.92 |
| Shortage/Surplus Spread | $94.86 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$1,771.85** |
| **New Payment Effective Date:** | **05/01/2019** |
| Current Payment Due Date: | 09/01/2018 |

This statement provides a detailed summary of activity related to your escrow account. Bayview Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 05/2019 through 04/2020 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $43.35-[1] | $3,371.73[2] |
| MAY 19 | $842.92 | | | | | | | $799.57 | $4,214.65 |
| JUN 19 | $842.92 | | | | | | | $1,642.49 | $5,057.57 |
| JUL 19 | $842.92 | | | | | | | $2,485.41 | $5,900.49 |
| AUG 19 | $842.92 | | | | | | | $3,328.33 | $6,743.41 |
| SEP 19 | $842.92 | | | | | | | $4,171.25 | $7,586.33 |
| OCT 19 | $842.92 | | | | | | | $5,014.17 | $8,429.25 |
| NOV 19 | $842.92 | | | | | | | $5,857.09 | $9,272.17 |
| DEC 19 | $842.92 | | | | | $3,649.61 | COUNTY TAX | $3,050.40 | $6,465.48 |
| DEC 19 | | | | | | $3,974.48 | SCHOOL TAX | $924.08- | $2,491.00 |
| JAN 20 | $842.92 | | | | | | | $81.16- | $3,333.92 |
| FEB 20 | $842.92 | | | $2,491.00 | | | | $1,729.24-* | $1,685.84 LP |
| MAR 20 | $842.92 | | | | | | | $886.32- | $2,528.76 |
| APR 20 | $842.92 | | | | | | | $43.40- | $3,371.68 |
| Total | | | | $2,491.00 | | $7,624.09 | | | |

(1) Your current escrow balance is negative $5,349.05. To project the next year's tax and insurance payment we added $7,796.70 for payments not yet made and subtracted $2,491.00 for disbursement not yet made. This brings your projected starting balance to negative $43.35 (see breakdown on next page).

(LP) The lowest (LP) required escrow balance for the next 12 months is scheduled to be $1,685.84 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*) Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $1,729.24. Your bankruptcy escrow claim amount of $0.00 will be added to your escrow balance. The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $3,415.08. This results in a shortage once all the payments not yet made for the tax and insurance portion are received.

(2) Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $3,371.73 to arrive at the lowest (LP) required escrow balance.

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.

IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

---

### ESCROW SHORTAGE REMITTANCE FORM

Name: Ervin F Layer
Redacted

Escrow Shortage Amount: $3,415.08

Your escrow shortage has been spread over a 36 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

BAYVIEW LOAN SERVICING, LLC
P.O. BOX 4425
CORAL GABLES FL 33146-4425

Amount Enclosed: $_____

Your new payment will then be: $1,676.99.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

Redacted

Name: Ervin F Layer

This is a statement of actual activity in your escrow account from 10/2018 through 04/2019. Last year's projections are next to the actual activity. No prior escrow analysis at Bayview. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
| | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $0.00 | $488.60 |
| NOV | | $50.00 * | $3,649.61 * | | COUNTY TAX | $0.00 | $3,119.01- |
| NOV | | | | $3,974.48 * | SCHOOL TAX | $0.00 | $7,093.49- L |
| DEC | | $381.58 * | | | | $0.00 | $6,711.91- |
| JAN | | $1,963.20 * | | | | $0.00 | $4,748.71- |
| FEB | | | $600.34 * | | HAZARD INS | $0.00 | $5,349.05- |
| MAR | | $6,930.40 *E | $2,491.00 *E | | HAZARD INS | $0.00 | $909.65 |
| APR | | $866.30 *E | | | | $0.00 | $43.35- |
| Total | $0.00 | $10,191.48 | $0.00 | $10,715.43 | | | |

\* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
Current Escrow Balance         $5,349.05-
Payments Not Yet Made           $7,796.70
Disbursements Not Yet Made      $2,491.00
Projected Escrow Balance          $43.35-

At the time of your escrow account review, your expected lowest balance was $0.00 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $7,093.49, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**Notice to customers who are in bankruptcy or whose obligation has been discharged and not reaffirmed:** To the extent your obligation has been discharged or is subject to an automatic stay in a bankruptcy proceeding under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or an attempt to collect any payment. If you are represented by an attorney, please notify us and provide this correspondence to your attorney.

Should you require additional information, please call Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.bayviewloanservicing.com